DAVID EUGENE SMITH        5112-0
Attorney At Law
P.O. Box 390364
Keauhou, Hawaii 96739
Tel. (808) 322-4766
Fax (808) 372-0361
Email: lodeslaw@yahoo.com

JOEL BENJAMIN ROTHMAN
Admitted *pro hac vice*
Schnieder Rothman Intellectual Property
Law Group, PLLC
4651 N. Federal Hwy
Boca Raton, FL 33431
Tel. (561) 404-4335
Fax (561) 404-4353
Email: joel.rothman@sriplaw.com

Attorneys for Plaintiff
TIKI SHARK ART INCORPORATED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF HAWAII**

| | |
|---|---|
| TIKI SHARK ART, INC., a Hawaii Corporation | Case No. 1:13-cv-00577-JMS-RLP |
| | (Copyright Infringement) |
| Plaintiff, | |
| vs. | COUNSEL'S NOTICE OF MOTION OF COUNSEL'S MOTION TO WITHDRAW |
| CAFÉ PRESS, INC., a California Corporation | |
| Defendant. | |

PLEASE TAKE NOTICE that on a date and time as set by the court, Joel B. Rothman of the firm of Schneider Rothman Intellectual Property Law Group

1

PLLC, will, and hereby does, move before the Honorable J. Michael Seabright at the United States District Court for Hawai'i, 300 Ala Moana Blvd C-338, Honolulu, HI 96850, for an order granting leave for counsel to withdraw as counsel of record for Plaintiff as set forth in the accompanying Motion to Withdraw as Counsel of Record for Plaintiff.

This Motion is based on this Notice of Motion and the accompanying Motion to Withdraw as Counsel of Record for Plaintiff, the pleadings and papers on file herein, and upon such other matters as may be presented to the court at the time of the hearing.

DATED: February 20, 2014           Respectfully submitted,

Joel B. Rothman
Admitted *pro hac vice*
joel.rothman@sriplaw.com
Schneider Rothman Intellectual Property Law Group PLLC
4651 North Federal Highway
Boca Raton, FL 33481-2182
561-404-4350
Fax: 561-404-4353
joel.rothman@sriplaw.com

By: /s/ Joel B. Rothman
Joel B. Rothman
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served electronically on the following through CM/ECF on February 20, 2014.

PAUL MAKI Attorney At Law
Email: pmaki@makilaw.com

- and -

GREENBERG TRAURIG, LLP
Ian C. Ballon (*Pro hac vice*)
Email: ballon@gtlaw.com
Lori Chang (*Pro hac vice*)
Email: changl@gtlaw.com

David Eugene Smith
Attorney At Law, LLLC
lodeslaw@yahoo.com

DATED: Boca Raton, Florida, February 20, 2014

/s/ Joel B. Rothman
Attorney for Plaintiff