JOEL BENJAMIN ROTHMAN
Admitted *pro hac vice*
Schneider Rothman Intellectual Property
Law Group, PLLC
4651 N. Federal Hwy
Boca Raton, FL 33431
Tel. (561) 404-4335
Fax (561) 404-4353
Email: joel.rothman@sriplaw.com

Attorney for Plaintiff
TIKI SHARK ART INCORPORATED

## UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| TIKI SHARK ART, INC., a Hawaii Corporation | Case No. 1:13-cv-00577-JMS-RLP |
| | (Copyright Infringement) |
| Plaintiff, | |
| vs. | MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF |
| CAFÉ PRESS, INC., a California Corporation | |
| Defendant. | |

Joel B. Rothman of the firm of Schneider Rothman Intellectual Property Law Group PLLC, hereby moves to withdraw as counsel of record for Plaintiff, Tiki Shark Art, Inc., and states as follows:

1

1. Irreconcilable differences have arisen between undersigned counsel and the plaintiff. These differences make it impossible for counsel to continue to represent Tiki Shark Art, Inc. in this matter.

2. The undersigned has consulted counsel for Defendant Café Press, Inc. who have no opposition to the withdrawal.

3. This motion has been served on local counsel for Plaintiff through CM/ECF, and on Plaintiff by email.

WHEREFORE, the undersigned counsel respectfully requests the entry of an order granting the motion to withdraw and relieve counsel from further obligations to Plaintiff in this case.

DATED: February 20, 2014

>Joel B. Rothman
>Admitted *pro hac vice*
>joel.rothman@sriplaw.com
>Schneider Rothman Intellectual Property Law Group PLLC
>4651 North Federal Highway
>Boca Raton, FL 33481-2182
>561-404-4350
>Fax: 561-404-4353
>joel.rothman@sriplaw.com
>
>By: /s/ Joel B. Rothman
>Joel B. Rothman
>Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served electronically on the following through CM/ECF on February 20, 2014.

PAUL MAKI Attorney At Law
Email: pmaki@makilaw.com

- and -

GREENBERG TRAURIG, LLP
Ian C. Ballon (*Pro hac vice*)
Email: ballon@gtlaw.com
Lori Chang (*Pro hac vice*)
Email: changl@gtlaw.com

David Eugene Smith
Attorney At Law, LLLC
lodeslaw@yahoo.com

DATED: Boca Raton, Florida, February 20, 2014

/s/ Joel B. Rothman
Attorney for Plaintiff