## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on March 17, 2014:

Electronically on the following through CM/ECF:

    David E. Smith, Esq.                lodeslaw@yahoo.comcom

Via U.S. Mail, postage prepaid on:

    Darren J. Quinn
    Law Office of Darren J. Quinn
    12702 Via Cortina, Suite 105
    Del Mar, CA 92014

        Attorneys for Plaintiff

DATED:  Honolulu, Hawai`i, March 17, 2014.

                                  /s/ Paul Maki
                                  Attorney for Defendants