Case 1:13-cv-00577-JMS-RLP   Document 82   Filed 08/27/14   Page 1 of 2   PageID #: 2197

DAVID EUGENE SMITH          5112-0
Attorney At Law
P.O. Box 390364
Keauhou, Hawaii  96739
Tel: (808) 322-4766
Fax:  (866) 372-0361
Email:  lodeslaw@yahoo.com

DARREN J. QUINN (pro hac vice)
LAW OFFICES OF DARREN J. QUINN
12702 Via Cortina, Suite 105
Del Mar, CA 92014
Tel: (858) 509-9401

*Attorney for Plaintiff*
*Tiki Shark Art Incorporated*

# UNITED STATES DISTRICT COURT
# DISTRICT OF HAWAII

| | |
|---|---|
| TIKI SHARK ART INCORPORATED, a Hawaii Corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>CAFEPRESS, INC., a Delaware Corporation<br><br>  Defendant. | Case No. 1:13-cv-00577-JMS-RLP<br>(Civil)<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties to this action, plaintiff TIKI SHARK ART INCORPORATED and defendant CAFEPRESS, INC., that the action be dismissed with prejudice pursuant to the parties' settlement and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party bearing its own costs and attorney fees.

| DAVID EUGENE SMITH | PAUL MAKI |
|---|---|
| __s/s David Eugene Smith_____ | ___s/s/ Paul Maki___ |
| P.O. Box 390364<br>Keauhou, Hawai'i 96739<br>Tel: (808) 322-4766 | 888 Mililani Street, 8th Floor<br>Honolulu, Hawai'i 96813<br>Tel: (808) 545-1122 |
| LAW OFFICES OF DARREN J. QUINN<br>DARREN J. QUINN (pro hac vice)<br>12702 Via Cortina, Suite 105<br>Del Mar, CA 92014<br>Telephone: (858) 509-9401 | GREENBERG TRAURIG, LLP<br>IAN C. BALLON (Pro Hac Vice)<br>LORI CHANG (Pro Hac Vice)<br>1840 Century Park East, Suite 1900<br>Los Angeles, CA 90067<br>Telephone: (310) 586-7700 |
| *Attorneys for Plaintiff*<br>*Tiki Shark Art Incorporated* | *Attorney for Defendant CAFEPRESS, INC.* |

APPROVED AND SO ORDERED:

Dated:

_____
   Hon.. Michael Seabright
   United States District Judge